UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,<br><br>  Plaintiff,<br><br>  vs.<br><br>SILVER CITY, et al.,<br><br>  Defendants. _____/ | No. C 09-2683 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>  Plaintiff,<br><br>  vs.<br><br>FEELAND, Warden, et al.,<br><br>  Defendants. _____/ | No. C 09-2684 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

These are civil rights cases filed pro se by a prisoner incarcerated in Florence, Arizona. On the day the complaint were filed, the court notified plaintiff that he not paid the filing fees for these case nor had he submitted applications for leave to proceed in forma pauperis ("IFP"). He was warned that if he did not pay the fees or file applications to proceed IFP within thirty days the cases would be dismissed.

No response has been received. These cases therefore are **DISMISSED** without prejudice. The clerk shall close these files.

**IT IS SO ORDERED.**

Dated: July 31, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\O'HINES2683.DSM.wpd